UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID BEATTEY and STEVEN MEADOWS, on behalf of themselves and a similarly situated class, and INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) and its LOCAL 1037, | Class Action Case No. 19-cv-13763 Hon. Linda V. Parker Magistrate Judge Elizabeth A. Stafford |

   Plaintiffs,

v.

MERITOR, INC. and MERITOR, INC. RETIREMENT PLAN,

   Defendants.

---

## **ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

  Upon reading and filing the foregoing Notice of Substitution of Counsel for Defendants, and the Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED that Mami Kato of the Law Firm of Ogletree, Deakins, Nash, Smoak & Stewart, PLLC is hereby substituted as counsel for Defendants, in the above-entitled case in place of Martin C. Brook of Ogletree, Deakins, Nash, Smoak & Stewart, PLLC.  A. Craig Cleland of Ogletree, Deakins,

Nash, Smoak & Stewart, PC will also continue to serve as counsel for Defendants in this action.

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: November 17, 2020